IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HAWKINS and<br>ASHLYN V. SAUNDERS/HAWKINS,<br>                  Plaintiffs, | : CIVIL ACTION<br>: <br>: <br>: |
| v. | : |
| ROXANNE LLOYD, BRIAN LLOYD,<br>STATE OF PENNSYLVANIA,<br>CUMBERLAND COUNTY NEW JERSEY,<br>CITY OF PHILADELPHIA, OFFICER<br>SUMMERS, Badge #3062, and OFFICER<br>STEPHENS, Badge #7551,<br>                  Defendants. | : NO. 12-4626<br>: <br>: <br>: <br>: <br>: <br>: |

### ORDER

AND NOW, this 27th day of September, 2012, **IT IS ORDERED** that:

1. Leave to proceed in forma pauperis is **GRANTED**.

2. This action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e).

3. This case shall be marked **CLOSED**.

BY THE COURT:

_____
JAN E. DUBOIS, J